114

880 A.2d 1232

**In the Matter of Kenneth S. BARISH, Jr.**

**Petition for Reinstatement.**

**No. 221 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 25, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 25th day of August, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated June 10, 2005, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.